```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                             COVINGTON
                      CIVIL MINUTES - GENERAL
```

CASE NO. <u>06-80</u>  at <u>COVINGTON</u>                    <u>SEPTEMBER 19, 2006</u>

**Style:**   <u>SHELIA COUCH V. THE HARTFORD FINANCIAL SERVICES GROUP, INC.</u>

**Present:**
                   Hon. <u>WILLIAM O. BERTELSMAN, JUDGE</u>

   <u>JOYCE MAXIE</u>                    <u>LISA WIESMAN</u>
   (Deputy Clerk)                   (Court Reporter)

<u>**ATTORNEYS PRESENT FOR PLAINTIFFS**</u>   <u>**ATTORNEYS PRESENT FOR DEFENDANTS**</u>

   **Kevin King**                          **Robert Steinmetz**

<u>**PROCEEDINGS: - DOCKET CALL**</u>

   On September 19, 2006 the above-styled case was called for a Status Conference, at which time the Court directed as follows:

   (1) The Court approved the Report of Parties Meeting previously filed in this matter.

   (2) Defendant shall file with the Court and serve the Plaintiff with a copy of the administrative record of this matter by **10/19/06**.

   (3) Plaintiff shall file her brief on or before **12/19/06;** Defendant shall file its Response Brief by **2/19/07;** and Plaintiff shall file a Reply Brief by **3/19/07.**

   (4) The parties' Joint Motion to substitute Continental Casualty Company for The Hartford Financial Services Group, Inc. **(Doc. #8)** is hereby **GRANTED.** Counsel for defendant shall file a FRCP 7.1 Disclosure Statement within **ten (10) days** the same being **9/29/06.**

                                                            (jmm)

| TIC |   | 05 |
|-----|---|----|